

Daniel A. Johnson (State Bar No. 130724)
daj@sullivanjohnson.com
Daniel M. Sullivan (State Bar No. 132878)
dms@sullivanjohnson.com
Sullivan Johnson LLP
23480 Park Sorrento, Suite 217A
Calabasas, California 91302
Telephone (818) 591-9700
Facsimilie (818) 591-9707

Charles J. Sanders (State Bar No. 112202)
csanderslaw@aol.com
29 Kings Grant Way
Briarcliff Manor, New York 10510
Telephone (914) 332-7663
Facsimile (212) 922-3299

Attorneys for Plaintiff Jake Holmes

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE HOLMES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JAMES PATRICK PAGE aka JIMMY PAGE, SUPER HYPE PUBLISHING, INC., a New York Corporation, ATLANTIC RECORDING CORPORATION, a Delaware Corporation, RHINO ENTERTAINMENT COMPANY, a Delaware Corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. **CV10 4789-DMG (PJW)**<br><br>**COMPLAINT OF JAKE HOLMES FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Jake Holmes ("Plaintiff"), by and through his counsel of record herein, and, for his Complaint against, and Does 1 through 20 inclusive, alleges as follows:

**JURISDICTION**

1.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a).  Venue is proper in this District under 28 U.S.C. § 1400(a).

**PARTIES**

2.  Plaintiff Holmes is an individual who resides in New York City.  Plaintiff owns the copyright in the musical composition entitled "Dazed and Confused."

3.  Plaintiff is informed and believes, and thereupon alleges, that Defendant James Patrick Page (aka "Jimmy Page") ("Page") is an individual who resides in England.  Plaintiff is informed and believes, and thereupon alleges, that Page does substantial, continuous and systematic business in the State of California and in this judicial district.

4.  Defendant Super Hype Publishing, Inc. ("SHP") is a corporation organized and existing under the laws of the State of New York.  Plaintiff is informed and believes, and thereupon alleges, that SHP does substantial, continuous and systematic business in the State of California and in this judicial district and, furthermore, that SHP's catalog of songs is administered by Warner/Chappell Music, Inc., a global music publishing company headquartered in Los Angeles, California, and a subsidiary of Warner Music Group Corp. ("WMG").  Defendant Atlantic Recording Corporation ("Atlantic") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of New York.  Atlantic and is and was at all times mentioned herein qualified to do business in the State of California and does substantial, continuous and systematic business in the State of California and in this judicial district.  Atlantic maintains offices in the city of Burbank, Los Angeles

**Complaint Of Jake Holmes For Copyright Infringement**

County.  Defendant Rhino Entertainment Company ("Rhino") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of New York.  Rhino and is and was at all times mentioned herein qualified to do business in the State of California and does substantial, continuous and systematic business in the State of California and in this judicial district.  Rhino maintains offices in the city of Burbank, Los Angeles County.  Plaintiff is informed and believes, and thereupon alleges, that SHP, Atlantic and Rhino are affiliated "sister" corporations that share WMG as a common parent.

5.    The true names, conduct and capacities of Defendants sued as Does 1 through 20, inclusive, are presently unknown to Plaintiff who, therefore, sues these Defendants by such fictitious names. Plaintiff will include these Doe Defendants' true names and capacities when they are ascertained. Each of the fictitiously named Defendants is responsible in some manner, including, *inter alia*, as contributory infringers, aiders and abettors, co-conspirators, and/or agents for the conduct alleged herein and for the injuries suffered by Plaintiff.

6.    Plaintiff is informed and believes, and thereupon alleges that, at all times mentioned herein, each and every Defendant was an agent, partner, representative, affiliate, employee, alter ego, or co-conspirator of each and every other Defendant, and in doing the things alleged herein, each and every Defendant was acting pursuant to such conspiracy and/or within the course and scope of such agency, representation, affiliation, control or employment and was acting with the consent, permission and authorization of the other Defendants (except where otherwise noted).  Plaintiff is further informed and believes, and thereupon alleges, that each Defendant who joined a conspiracy after its formation ratified, adopted and is liable for all acts committed in furtherance of the conspiracy including those committed before such Defendant joined the conspiracy.

**Complaint Of Jake Holmes For Copyright Infringement**

7.   Whenever this Complaint refers to any act or acts of a Defendant, the reference shall also be deemed to mean that the directors, officers, employees, affiliates, controlling companies or agents of the responsible Defendant authorized such act while actively engaged in the management, direction or control of the affairs of Defendant, and each of them, and/or by persons who are the alter ego of Defendants, or while acting within the scope of their agency, affiliation, control or employment. Whenever this Complaint refers to any act of Defendants, the reference shall be deemed to be the act of each Defendant, jointly and severally.

## FIRST CLAIM FOR RELIEF
## FOR COPYRIGHT INFRINGEMENT
## AGAINST ALL DEFENDANTS

8.  Plaintiff repeats and realleges Paragraphs 1 through 7 of this Complaint as if fully set forth herein

9.  Plaintiff is the owner of the copyright in the composition entitled "Dazed and Confused."  Plaintiff's copyright in "Dazed and Confused" was registered with the United States Copyright Office on or about July 18, 1967 and bears Registration No. EU0000005346.  Plaintiff's duly renewed copyright registration in "Dazed and Confused" was filed with the United States Copyright Office on or about December 7, 1995 and bears Renewal Registration No. RE0000712016. Plaintiff's copyright in "Dazed and Confused" shall sometimes hereinafter be referred to as "Plaintiff's Dazed and Confused."

10.  Without authorization or permission from Plaintiff, Page copied Plaintiff's Dazed and Confused in purporting to author a composition Page also entitled "Dazed and Confused" (the composition "Dazed and Confused" purportedly authored by Page shall hereinafter be referred to as the "Infringing Work").  In creating the Infringing Work, Page knowingly and willfully infringed on Plaintiff's Dazed and Confused.  Plaintiff is informed and believes, and thereupon alleges, that, at all times relevant hereto, SHP acted as Page's publisher

3

and/or administrator with respect to the Infringing Work.  Plaintiff is informed and believes, and thereupon alleges, that, at all times relevant hereto, SHP, Atlantic and Rhino had specific knowledge that the Infringing Work infringed on Plaintiff's Dazed and Confused.  Plaintiff is further informed and believes, and thereupon alleges, that all of Page's knowledge and actions in connection with the Infringing Work are imputed to SHP, Atlantic and Rhino based on their status as Page's trustee in connection with copyrights Page conveyed to SHP, Atlantic or Rhino in return for periodic payment of royalties.

11.  Within the three years prior to the filing of this action, Page willfully infringed and, on information and belief, SHP infringed (on information and belief willfully) Plaintiff's exclusive rights in Plaintiff's Dazed and Confused copyright by, without permission, , licensing, exploiting, purporting to authorize use and performances of and collecting royalties relating to the Infringing Work in connection with at least the following sound recordings:  Led Zeppelin (aka "Led Zeppelin I"), The Song Remains The Same, BBC Sessions, How The West Was Won, and Mothership.  Plaintiff is informed and believes, and thereupon alleges, that within the three years prior to the filing of this action, Page willfully infringed and, on information and belief, SHP infringed (on information and belief willfully) Plaintiff's exclusive rights in Plaintiff's "Dazed and Confused" copyright by, without permission,  licensing exploiting, purporting to authorize use and performances of and collecting royalties relating to the Infringing Work in connection with sound recordings in addition to those identified in this paragraph

12.  Within the three years prior to the filing of this action, Page willfully infringed and, on information and belief, SHP infringed (on information and belief willfully) Plaintiff's exclusive rights in Plaintiff's "Dazed and Confused" copyright by, without permission, licensing, exploiting, purporting to authorize use and performances of and collecting royalties relating to the Infringing Work in

**Complaint Of Jake Holmes For Copyright Infringement**

connection with at least the following audio-visual works:  Led Zeppelin (DVD Box Set), The Song Remains the Same, Mothership (Bonus DVD).

13.  Within the three years prior to the filing of this action, Atlantic infringed (on information and belief willfully) Plaintiff's exclusive rights in Plaintiff's "Dazed and Confused" copyright by, without permission , licensing, exploiting, purporting to authorize use and performances of and collecting royalties relating to the Infringing Work in connection with at least the following sound recordings: Led Zeppelin (aka "Led Zeppelin I"), The Song Remains The Same, BBC Sessions, How The West Was Won and Mothership.  Within the three years prior to the filing of this action, Rhino infringed (on information and belief willfully) Plaintiff's exclusive rights in Plaintiff's "Dazed and Confused" copyright by, without permission, licensing, exploiting, purporting to authorize use and performances of and collecting royalties relating to the Infringing Work in connection with at least the Mothership sound recording.

14.  Within the three years prior to the filing of this action, Atlantic infringed (on information and belief willfully) Plaintiff's exclusive rights in Plaintiff's "Dazed and Confused" copyright by, without permission, licensing, exploiting, purporting to authorize use and performances of and collecting royalties relating to the Infringing Work in connection with at least the following audio-visual works: Led Zeppelin (DVD Box Set), The Song Remains the Same, Mothership (Bonus DVD).  Within the three years prior to the filing of this action, Atlantic infringed (on information and belief willfully) Plaintiff's exclusive rights in Plaintiff's "Dazed and Confused" copyright by, without permission, licensing, exploiting, purporting to authorize use and performances of and collecting royalties relating to the Infringing Work in connection with at least the Mothership (Bonus DVD) audio-visual work.

15.  Plaintiff is entitled to his actual damages sustained within the three years prior to the filing of this action and to Defendants' profits from the willful

5

1    infringement of Plaintiff's Dazed and Confused in an amount according to proof at

2    trial or, at his election, statutory damages of $150,000 per infringement pursuant to

3    17 U.S.C. § 504.  Plaintiff is also entitled to an accounting in connection with

4    Defendants' unauthorized use of the Infringing Work.  Plaintiff also is entitled to

5    attorneys' fees pursuant to 17 U.S.C. § 504.

6         WHEREFORE, Plaintiff prays for judgment as set forth hereinafter.

7         i.    For actual damages according to proof at trial;

8         ii.   For Defendants' profits in an amount according to proof at trial or, at

9         his election;

10        iii.   For statutory damages of $150,000 per infringement pursuant to 17

11        U.S.C. § 504;

12        iv.   For an accounting in connection with Defendants' unauthorized use of

13        the Infringing Work;

14        iv.   For attorneys' fees pursuant to 17 U.S.C. § 504;

15        xxv.  For costs of suit incurred;

16        xxvi.  For interest, prejudgment interest and post-judgment interest

17   according to proof at trial;

18        xxvii. For attorneys' fees;

19        xxviii. For such other and further relief as this Court may deem just and

20        proper.

21   Dated:  June 28, 2010           By _____
                                         Daniel A. Johnson
22                                       Sullivan Johnson LLP
                                         **Attorneys for Plaintiff Jake Holmes**
23

24

25

26

27

28
                                    6

1

## DEMAND FOR A JURY TRIAL

2        Plaintiff Jake Holmes requests a trial by jury on all issues for which he is

3    entitled to a jury.

4
     Dated:  June 28, 2010                    By
5                                                 Daniel A. Johnson
6                                                 Sullivan Johnson LLP
                                                  **Attorneys for Plaintiff Jake Holmes**
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          7
                    **Complaint Of Jake Holmes For Copyright Infringement**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV10- 4789 DMG (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X]  **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ]  **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ]  **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Jake Holmes

**DEFENDANTS**
James Patrick Page aka Jimmy Page, Super Hype Publishing, Inc., a New York Corporation, Atlantic Recording Corporation, a Delaware Corporation, Rhino Entertainment Company, a Delaware Corporation, & Does 1 through 20 inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Sullivan Johnson LLP
23480 Park Sorrento, Suite 217A
Calabasas, California 91302

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:**    **JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT:** $ According to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement under 17 U.S.C. §§ 501 et seq.

**VII. NATURE OF SUIT (Place an X in one box only.)**

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 443 Housing/Acco- mmodations | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | |
| | ☐ 290 All Other Real Property | |

**FOR OFFICE USE ONLY:**    Case Number:    **CV10 4789**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Jake Holmes, New York, New York |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | James Patrick Page aka Jimmy Page, England, Super Hype Publishing, Inc., New York, New York, Atlantic Recording Corporation, New York, New York, Rhino Entertainment Company, New York, New York |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date ___6/28/10___

Notice to Counsel/Parties:  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |