RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
MICHAEL E. CHAIT (SBN 246419)
mxc@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Answering Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE HOLMES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES PATRICK PAGE, aka JIMMY PAGE, WB MUSIC CORP., a California Corporation, SUPER HYPE PUBLISHING, INC., a New York Corporation, ATLANTIC RECORDING CORPORATION, a Delaware Corporation, RHINO ENTERTAINMENT COMPANY, a Delaware Corporation, and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. CV10-4789-DMG (PJW)<br><br>**ANSWER OF DEFENDANTS ATLANTIC RECORDING CORPORATION AND RHINO ENTERTAINMENT COMPANY TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Answering Defendants Atlantic Recording Corp. and Rhino Entertainment Company (collectively "Answering Defendants") answer the First Amended Complaint of Plaintiff Jake Holmes ("Plaintiff") as follows:

## JURISDICTION

1. Answering Defendants deny the allegations contained in paragraph 1.

## PARTIES

2. Answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2, and on that basis deny said allegations.

3. Answering Defendants admit that James Patrick Page is an individual who resides in England. Answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 3, and on that basis deny said allegations.

4. Answering Defendants deny that WB Music Corp. is a subsidiary of Warner/Chappell Music, Inc. Answering Defendants admit the remaining allegations contained in paragraph 4.

5. Answering Defendants deny the allegations contained in paragraph 5.

6. Answering Defendants deny the allegations contained in paragraph 6.

7. Answering Defendants allege that they have not committed any of the acts of infringement alleged in the First Amended Complaint and that no acts by their directors, officers, employees, affiliates, controlling companies or agents

infringed any rights of Plaintiff.  Except as expressly alleged, Answering Defendants deny the allegations contained in paragraph 7.

## ANSWER TO FIRST CLAIM FOR RELIEF FOR COPYRIGHT INFRINGEMENT

8. Answering Defendants refer to and reallege their answers to paragraphs 1 through 7, inclusive.

9. Answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9, and on that basis deny said allegations.

10. Answering Defendants admit that WB Music Corp. acted as Page's administrator with respect to a composition entitled "Dazed and Confused." Except as expressly admitted herein, Answering Defendants deny the remaining allegations contained in paragraph 10.

11. Answering Defendants deny the allegations contained in paragraph 11.

12. Answering Defendants deny the allegations contained in paragraph 12.

13. Answering Defendants deny the allegations contained in paragraph 13.

14. Answering Defendants deny the allegations contained in paragraph 14.

15. Answering Defendants deny the allegations contained in paragraph 15, and specifically deny that Plaintiff is entitled to any damages or any other remedy as a result of any act or conduct of Answering Defendants.

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

16. The First Amended Complaint, and each purported claim therein, fails to state facts sufficient to constitute a claim for relief.

### SECOND AFFIRMATIVE DEFENSE
(Statue Of Limitations)

17. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE
(Laches)

18. Plaintiff's claims are barred as a result of his unreasonable delay, to the prejudice of Answering Defendants.

### FOURTH AFFIRMATIVE DEFENSE
(Waiver)

19. Plaintiff has, through his own actions, conduct, and failure to act, waived any right to relief.

## FIFTH AFFIRMATIVE DEFENSE

(Estoppel)

20. Plaintiff is estopped by his own conduct from maintaining his claims.

## SIXTH AFFIRMATIVE DEFENSE

(Independent Creation)

21. Page's composition entitled "Dazed and Confused" was independently created.

## SEVENTH AFFIRMATIVE DEFENSE

(No Originality)

22. Plaintiff's composition entitled "Dazed and Confused" lacks originality and is thus not protectable by copyright.

## EIGHTH AFFIRMATIVE DEFENSE

(Unclean Hands)

23. Plaintiff's claims are barred as a result of Plaintiff's unclean hands.

## NINTH AFFIRMATIVE DEFENSE

(De Minimis)

24. To the extent any protectable expression contained in Plaintiff's composition was used in Page's composition, such use is de minimis.

WHEREFORE, Answering Defendants pray that Plaintiff take nothing by his First Amended Complaint; that Answering Defendants be awarded their attorneys' fees and full costs under Section 505 of the Copyright Act; and for any other relief the Court deems just and proper.

DATED: December 3, 2010

RUSSELL J. FRACKMAN
MICHAEL E. CHAIT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Russell J. Frackman           .
Russell J. Frackman
Attorneys for Answering Defendants

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Answering Defendants hereby demand a jury trial in this action.

DATED: December 3, 2010

RUSSELL J. FRACKMAN
MICHAEL E. CHAIT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Russell J. Frackman           .
Russell J. Frackman
Attorneys for Answering Defendants