1 Daniel A. Johnson (State Bar No. 130724)
daj@sullivanjohnson.com
2 Daniel M. Sullivan (State Bar No. 132878)
dms@sullivanjohnson.com
3 Sullivan Johnson LLP
4 23480 Park Sorrento, Suite 250
Calabasas, California 91302
5 Telephone (818) 591-9700
Facsimilie (818) 591-9707
6

7 Charles J. Sanders (State Bar No. 112202)
csanderslaw@aol.com
8 29 Kings Grant Way
Briarcliff Manor, New York 10510
9 Telephone (914) 332-7663
Facsimile (212) 922-3299
10

11 Attorneys for Plaintiff Jake Holmes

JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JAKE HOLMES, an individual

  Plaintiff,

  vs.

JAMES PATRICK PAGE aka JIMMY PAGE, WB MUSIC CORP., a California Corporation, SUPER HYPE PUBLISHING, INC., a New York Corporation, ATLANTIC RECORDING CORPORATION, a Delaware Corporation, RHINO ENTERTAINMENT COMPANY, a Delaware Corporation, and DOES 1 through 10 inclusive,

  Defendants.

CASE NO.  CV10-4789-DMG-PJW

**ORDER DISMISSING ACTION WITH PREJUDICE [25]**

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

WHEREAS on November 7, 2011 the parties to this action submitted a Stipulation to dismiss the above-captioned action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and

WHEREAS the Court has determined that although the parties intended to dismiss the above-captioned action the November 7, 2011 Stipulation was not effective to do so because it failed to specify the subsection of Rule 41(a)(1) of the Federal Rules of Civil Procedure under which dismissal without a Court order is authorized, and

WHEREAS, the Court deems it appropriate to treat the November 7, 2011 Stipulation as a request by Plaintiff, to which Defendants have no objection, for a Court Order dismissing the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated:  January 17, 2012

DOLLY M. GEE
United States District Judge

1
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE